# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FRANCINE SILVER

(List the full name(s) of the plaintiff(s)/petitioner(s).)

2015 cv 05423 (   )(   )

-against-

RESIDENTIAL CAPITAL LLC.

(List the full name(s) of the defendant(s)/respondent(s).)

**NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 1 2016

Notice is hereby given that the following parties: FRANCINE SILVER

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order   entered on: 3/22/16
(date that judgment or order was entered on docket)

that: AFFIRM(") THE BANKRUPTCY COURT ORDER.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

4/18/16
Dated

Signature

SILVER, FRANCINE
Name (Last, First, MI)

8613 FRANKLIN AVE, LA   CA   90069
Address                City          State        Zip Code

310 945 6105
Telephone Number                       E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FRANCINE SILVER

2015 CV 05423 ( )( )

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

RESIDENTIAL CAPITAL LLC

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

4/18/16
**Dated**

**Signature**

SILVER, FRANCINE
**Name (Last, First, MI)**

8613 FRANKLIN AVE, L.A. CA 90069
**Address**    **City**    **State**    **Zip Code**

310 945 6105
**Telephone Number**    **E-mail Address (if available)**

Rev. 12/23/13

# Application to Appeal In Forma Pauperis

FRANCINE SILVER v. RESIDENTIAL CAPITAL LLC  Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: _Francine Silver_  Date: 4/18/16 | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

My issues on appeal are: (required):



1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ — | $ | $ |
| Self-employment | $ 0 | $ — | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ — | $ | $ |

- 1 -

12/01/2013 SCC

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 200.00 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1,600.00 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 1,800 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Retired | — | | $ |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Retired | — | | $ |
| | | | $ |
| | | | $ |

-2-

4.  *How much cash do you and your spouse have?* $ 250

    *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WELLS FARGO Bank of Amer | cHecKing | $ 250 | $ ✓ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 1,500,000 (IN Foreclosure Litigation) | (Value) $ — | (Value) $ — |
| | | Make and year: — |
| | | Model: — |
| | | Registration #: — |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ —— | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| RESIDENTIAL CAPITAL LLC | $3,000,000.00 | $ — |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| MARCUS SILVER | SON | 50 |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☒ No <br> Is property insurance included? ☐ Yes ☒ No | $ — | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $300 | $ |
| Home maintenance (repairs and upkeep) | $200 | $ |
| Food | $500 | $ |
| Clothing | $ — | $ |
| Laundry and dry-cleaning | $ — | $ |
| Medical and dental expenses | $900 | $ |

- 4 -

| Transportation (not including motor vehicle payments) | $ 0 | $ |
|---|---|---|
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 200 | $ |
| Life: | $ — | $ |
| Health: | $ — | $ |
| Motor vehicle: | $ — | $ |
| Other: | $ — | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): R-G- | $ 1200 | $ |
| Installment payments | | |
| Motor Vehicle: | $ — | $ |
| Credit card (name): | $ — | $ |
| Department store (name): | $ — | $ |
| Other: | $ — | $ |
| Alimony, maintenance, and support paid to others | $ — | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ — | $ |
| Other (specify): | $ — | $ |
| **Total monthly expenses:** | $ 02,360 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes   ☑ No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☑ Yes ☐ No

    *If yes, how much?* $ 20,000

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   I HAVE BEEN A FRAUD VICTIM FOR OVER A DECADE. I AM 90 YEARS OLD, RETIRED & RECOVERING FROM A BROKEN WRIST & ON GOING FRAUD & ELDER ABUSE.

12. *Identify the city and state of your legal residence.*

   City  LOS ANGELES   State  CA

   Your daytime phone number: 323 656 1696

   Your age: 90   Your years of schooling: 12

   Last four digits of your social-security number: 7666

**FedEx Express Package US Airbill**

FedEx Tracking Number: 8094 9497 7786
Form ID No.: 0200

**1 From**
Date: 4/19/16
Sender's Name: M. SILVER
Phone: 310 945 6105
Address: 803 FRANKLIN AVE
City: LA State: CA ZIP: 90069

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: U.S. DISTRICT COURT S.D.N.Y
Phone: 
Company: DANIEL PATRICK MOYNIHAN COURT
Address: PRO SE INTAKE Room 200
Address: 500 PEARL ST.
City: NEW YORK State: N.Y. ZIP: 10007-1312

**4 Express Package Service**
[X] FedEx 2Day

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling and Delivery Signature Options**
[X] No Signature Required
[X] No (dangerous goods)

**7 Payment** Bill to:
[X] Credit Card

644

8094 9497 7786



TRK# 0200 8094 9497 7786
SA PCTA
THU - 21 APR 4:30P
**2DAY**
10007 NY-US EWR

TO: U.S DISRICT COURT
DANIEL PATRICK MOYNIHAN COURT
500 PEARL ST
PRO SE INTAKE RM 200
NEW YORK NY 10007

ORIGIN ID:CCDA
SHIP DATE: 19APR16
ACTWGT: 0.20 LB
BILL SENDER

RECEIVED
SDNY PRO SE OFFICE
2016 APR 21 AM 11:26