USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 7 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Residential Capital, LLC,

                Debtor,

Francine Silver,

                Appellant,

      -v-

ResCap Borrower Claims Trust,
                Appellee.

15-cv-5423 (AJN)


ORDER

ALISON J. NATHAN, District Judge:

      On April 21, 2016, Appellant Francine Silver filed a motion for leave to proceed *in forma pauperis* on appeal. Dkt. No. 21. Pursuant to Federal Rule of Appellate 24, the party seeking leave to appeal *in forma pauperis* "must attach an affidavit that," *inter alia*, "states the issues that the party intends to present on appeal." Silver's affidavit fails to meet this requirement. *See* Dkt. No. 21 at 2 of 7. Accordingly, the motion is DENIED. This resolves Docket No. 21.

      SO ORDERED:

Dated: April 27, 2016
      New York, New York

                              _____
                              ALISON J. NATHAN
                             United States District Judge